UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YUDY HERNANDEZ,                                      CASE NO. 1:25-cv-20198-DPG

    Plaintiff,

vs.

LEWIS MARINE SUPPLY, LLC
a Florida Limited Liability Company D/B/A BOAT OWNERS WAREHOUSE

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, YUDY HERNANDEZ, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against LEWIS MARINE SUPPLY, LLC, a Florida Limited Liability Company D/B/A BOAT OWNERS WAREHOUSE.

    Submitted by:

    Mendez Law Offices, PLLC
    Attorneys for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile: 305.809.8474
    Email:info@mendezlawoffices.com
    By:            /s/
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

###